**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daniel Michniak                              CHAPTER 13
       Melinda Michniak

                           BKY. NO. 19-24491 CMB

              Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        Attorney I.D. No. 42524
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        jwarmbrodt@kmllawgroup.com