Certificate Number: 17572-PAW-DE-034074051

Bankruptcy Case Number: 19-24491



17572-PAW-DE-034074051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2020, at 3:59 o'clock PM PST, Melinda K Michniak completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  February 10, 2020              By:    /s/Kelly Faulks

                                      Name:  Kelly Faulks

                                      Title: Counselor