# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DANIEL & MELINDA MICHNIAK
- **Case Number:** 19-24491-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 11, 2020 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#4  Final Confirmaiton of Plan Dated 11/18/2019 (N)
R / M #:  4 / 0

### Appearances:

*Feldman* (signature)

- Debtor:
- Trustee: Winnecour / Pail / **Katz** / DeSimone
- Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to **8/6/20** at **3:00 pm**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Handwritten notes:
(1) Need corrected means test
(2) Need Debtor to establish reasonableness of collateral for Wells Fargo's claim #15

FILED
6/18/20 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

6/2/2020    12:47:37PM