## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** DANIEL & MELINDA MICHNIAK
- **Case Number:** 19-24491-CMB  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 06, 2020 03:00 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#4 - Final Confirmation of Plan Dated 11/18/2019 (NFC)
R / M #: 4 / 0

**Appearances:**

- Debtor: Feldman
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 8/26/20 at 10:00 Am
10. _____ Other:

*Handwritten notes:*

Contested in good faith / best effort grounds.

Means test looks to be about $1,700 (at Line 45) after adjustment for mortgage which indicates a pot of about $100K.

plan proposes a pot of $24960 (on total filed claims of about $115K).

Schedule J includes some questionable expenses (e.g., time shere & gym expense, hair cuts of $175/month, and clothes of $300/month).

plan also proposes to pay for $12000 hot tub.

FILED
8/11/20 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

7/31/2020  11:40:29AM