# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** DANIEL & MELINDA MICHNIAK
- **Case Number:** 19-24491-CMB   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 22, 2020 01:00 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#4 Chapter 13 Plan Dated 11/18/2019 (NFC)
R / M #: 4 / 0

## Appearances:

- **Debtor:** Feldman
- **Trustee:** Winnecour / Pail / (Katz) / DeSimone
- **Creditor:**

*Cont for amended plan to be filed by 10/29/20*

## Proceedings:

Outcome:

1. \_\_\_\_ Case Converted to Chapter 7
2. \_\_\_\_ Case Converted to Chapter 11
3. \_\_\_\_ Case Dismissed without Prejudice
4. \_\_\_\_ Case Dismissed with Prejudice
5. \_\_\_\_ Debtor is to inform Court within \_\_\_\_ days their preference to Convert or Dismiss
6. \_\_\_\_ The plan payment/term is increased/extended to \_\_\_\_ effective \_\_\_\_.
7. ✓ Plan/Motion continued to 11/19/20 at 2:30 pm
8. \_\_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by \_\_\_\_.
   Objections are due on or before \_\_\_\_.
   A hearing on the Amended Plan is set for \_\_\_\_ at \_\_\_\_.
9. \_\_\_\_ Contested Hearing: \_\_\_\_ at \_\_\_\_.
10. \_\_\_\_ Other:

FILED
10/27/20 7:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

10/14/2020  1:50:01 PM