Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Daniel Michniak
Melinda Michniak**
    Debtor(s)

Bankruptcy Case No.: 19−24491−CMB
11/19/2020
Chapter: 13
Docket No.: 43 − 35, 37, 40
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 10/27/2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.    Additional Terms: (1) Secured claim #5 of Nissan Motor Acceptance corp (Cl #1) and Wells Fargo (Cl #15) to be paid collateral value as provided for in plan at plan interest in monthly amount determined by trustee to pay in full. (2) Plan confirmation recommended based on UNS POT of $33,584. In the event the 506 actions are unsuccessful, the additional amounts will be paid (unless otherwise ordered) by increase in plan payment rather than reduction of UNS POT. (3) The unsecured claim of the following creditor shall govern, and then following all allowed post−petition change notices filed of record:Round Point Mortgage (Cl #22)

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**     **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**     **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 23, 2020

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel Michniak  
Melinda Michniak  
    Debtor(s)

Case No. 19-24491-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 3  
Date Rcvd: Nov 23, 2020     Form ID: 149     Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Michniak, Melinda Michniak, 205 Birchwood Lane, Imperial, PA 15126-1403 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15159663 | + | ADS/Comenity/Alphaeon, PO Box 182120, Columbus, OH 43218-2120 |
| 15159665 | + | CBNA/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15185033 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15159666 | + | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15159669 | + | Greater Pittsburgh Orthopaedic Associate, 5820 Centre Avenue, Pittsburgh, PA 15206-3710 |
| 15159670 | + | Heritage Valley Health System, 200 Ohio River Blvd, 2nd Floor, Baden, PA 15005-1914 |
| 15159672 | + | Heritage Valley Sewickley, 720 Blackburn Road, Sewickley, PA 15143-1459 |
| 15159673 | + | Heritage Valley Sewickley, PO Box 536366, Pittsburgh, PA 15253-5905 |
| 15159674 | + | Heritage Valley Sewickley Hospital, 720 Blackburn Road, Sewickley, PA 15143-1459 |
| 15178132 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15161950 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15159677 | | Nissan Motor Acceptance Corporation, PO Box 660360, Dallas, TX 75266-0360 |
| 15169258 | + | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801-5148 |
| 15159678 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 15189226 | + | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101-4982 |
| 15190289 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15159681 | + | Roundpoint Mortgage, PO Box 19409, Charlotte, NC 28219-9409 |
| 15159686 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 15159687 | + | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15159688 | + | The Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15184723 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15185272 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15159690 | + | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 15187329 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15159691 | + | Zwicker & Associates, PC, 3220 Tillman Drive, Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 01:35:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15159664 | + | Email/Text: cms-bk@cms-collect.com | Nov 24 2020 01:56:00 | Capital management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15159667 | + | Email/Text: clientservices@credit-control.com | Nov 24 2020 01:56:00 | Credit Controls LLC, 5757 Phantom Drive, Ste 330, Hazelwood, MO 63042-2429 |

Case 19-24491-CMB   Doc 45   Filed 11/25/20   Entered 11/26/20 00:39:15   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 149 | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15159668 | | Email/Text: mrdiscen@discover.com | Nov 24 2020 01:56:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15162685 | | Email/Text: mrdiscen@discover.com | Nov 24 2020 01:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15188668 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 24 2020 01:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15186924 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 24 2020 01:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15159675 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 24 2020 01:33:01 | JPMCB Card, PO Box 15369, Wilmington, DE 19850 |
| 15162842 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 01:34:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15159676 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 24 2020 01:55:00 | NASA Federal Credit Union, 500 Prince Georges Blvd, Upper Marlboro, MD 20774 |
| 15187684 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 24 2020 01:55:00 | NASA Federal Credit Union, P.O. Box 1588, Bowie MD 20717 |
| 15159678 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2020 01:56:00 | PNC Bank N.A., PO Box 3180, Pittsburgh, PA 15230 |
| 15189226 | + | Email/Text: Bankruptcy.Notices@pnc.com | Nov 24 2020 01:56:00 | PNC Bank, National Association, PO Box 94982, Cleveland OH 44101-4982 |
| 15185958 | | Email/Text: bnc-quantum@quantum3group.com | Nov 24 2020 01:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15159679 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 01:33:05 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 15190130 | | Email/Text: lhunsaker@sofi.org | Nov 24 2020 01:56:00 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121 |
| 15159683 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:34:02 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15159684 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:33:00 | SYNCB/TJX Cos DC, PO Box 965015, Orlando, FL 32896-5015 |
| 15159685 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:34:02 | SYNCB/Toys R Us, PO Box 965005, Orlando, FL 32896-5005 |
| 15159682 | + | Email/Text: specialservicing@sofi.com | Nov 24 2020 01:57:00 | SoFi Lending Corporation, One Letterman Drive, Building A, San Francisco, CA 94129-1512 |
| 15160736 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15190609 | + | Email/Text: bncmail@w-legal.com | Nov 24 2020 01:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15159689 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 24 2020 01:57:00 | UPMC, 2 Hot Metal Street, Dist. room 386, Pittsburgh, PA 15203-2348 |
| 15182363 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 24 2020 01:34:08 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2 | User: dsaw | Page 3 of 3
Date Rcvd: Nov 23, 2020 | Form ID: 149 | Total Noticed: 49

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RoundPoint Mortgage Servicing Corporation |
| 15159671 | *+ | Heritage Valley Health System, 200 Ohio River Blvd 2nd Floor, Baden, PA 15005-1914 |
| 15159680 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Max C. Feldman | on behalf of Joint Debtor Melinda Michniak mcfeldman@verizon.net |
| Max C. Feldman | on behalf of Debtor Daniel Michniak mcfeldman@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6