IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-24491 CMB |
| Melinda Michiniak and | ) | |
| Daniel Michniak | ) | Chapter 13 |
| Debtors | ) | |
| | ) | Related to Claim No. 22 |

ORDER OF COURT

On June 7, 2021, RoundPoint Mortgage Servicing Corporation filed a Notice of Mortgage Payment Change regarding Claim No. 22. On or before June 28, 2021, in compliance with W.PA.LBR 3002-4(b), the Debtor(s) were required to file an Amended Chapter 13 Plan, a Declaration certifying that the existing Chapter 13 Plan is sufficient to pay the new payment amount, or an Objection to the Notice. To date, the Debtor(s) have failed to comply with W.PA.LBR 3002-4(b).

AND NOW, this 13th day of July, 2021, it is hereby ORDERED, ADJUDGED and DECREED that a Rule to Show Cause Hearing is scheduled to be held via the Zoom Video Conference Application ("Zoom") on August 10, 2021 at 1:30 p.m. before The Honorable Carlota M. Böhm to explain the failure to comply with W.PA.LBR 3002-4(b). To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. Only a limited time of ten (10) minutes is being provided on the calendar.

ALL HEARING PARTICIPANTS ARE REQUIRED TO APPEAR BY ZOOM AND SHALL REVIEW AND COMPLY WITH THE UNDERSIGNED'S ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding the connection, contact Judge Böhm's Chambers.

_____ dmk
Carlota M. Böhm
Chief United States Bankruptcy Judge

cm: Max Feldman, Esq.
    Brian Nicholas, Esq.

FILED
7/13/21 2:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24491-CMB |
| Daniel Michniak | Chapter 13 |
| Melinda Michniak | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Daniel Michniak, Melinda Michniak, 205 Birchwood Lane, Imperial, PA 15126-1403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 15, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Max C. Feldman | on behalf of Joint Debtor Melinda Michniak mcfeldman@verizon.net |
| Max C. Feldman | on behalf of Debtor Daniel Michniak mcfeldman@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Jul 13, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6