IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  DANIEL MICHNIAK and MELINDA            :    Bankruptcy No.  2-19-BK-24491
        MICHNIAK                                :    Chapter        13
                        Debtor                  :
                                                :
                                                :    Claim No.      21
                                                :
Movant  SOFI LENDING CORP                       :
                                                :
             v.                                 :
                                                :
                                                :
                                                :
Respondent (if none, then "No Respondent")      :
        No Respondent

### NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

        Creditor Name:    SOFI LENDING CORP

        Incorrect Address:  STE 300
                            2750 E COTTONWOOD PKWY
                            COTTONWOOD HEIGHTS UT 84121-7285

Corrected Address:

        Creditor Name:    SOFI LENDING CORP C/O Resurgent Capital Services

        Correct Address:  PO Box 10587
                          Greenville SC 29603-0587

Dated    6/7/2022

                                        Signature of Creditor
                                        /s/ Darla Gein

                                        Typed Name
                                        Darla Gein

                                        Address
                                        PO Box 10587
                                        Greenville SC 29603-0587

**RECEIVED**

JUN 17 2022

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

                                        Phone No.
                                        (877) 264-5884