IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | DANIEL MICHNIAK and MELINDA MICHNIAK | : | Bankruptcy No. 2-19-BK-24491 |
| | Debtor | : | Chapter 13 |
| | | : | |
| | | : | Claim No. 21 |
| Movant | SOFI LENDING CORP | : | |
| | v. | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | : | | |
| | No Respondent | | |

## NOTICE OF CHANGE OF ADDRESS

**Undeliverable Address:**

    Creditor Name:    SOFI LENDING CORP

    Incorrect Address:    STE 300
    2750 E COTTONWOOD PKWY
    COTTONWOOD HEIGHTS UT 84121-7285

**Corrected Address:**

    Creditor Name:    SOFI LENDING CORP C/O Resurgent Capital Services

    Correct Address:    PO Box 10587
    Greenville SC 29603-0587

Dated    6/7/2022

    Signature of Creditor
    /s/ Darla Gein

    Typed Name
    Darla Gein

    Address
    PO Box 10587
    Greenville SC 29603-0587

    Phone No.
    (877) 264-5884